CHARLES S. HAVENS, APPELLANT, v. HARRISON GORDON AND ANOTHER, RESPONDENTS.

*Execution — levy by constable under — failure to indorse.*

The omission of a constable to indorse upon an execution issued on a judgment recovered in a Justice's Court, a levy made under it, is not fatal to the levy. The statute (3 R. S. [5th ed.], 448) is directory merely.

APPEAL from a judgment of the County Court of Suffolk county, reversing a judgment in favor of the plaintiff, recovered in the Justice's Court.

*Wm. Wickham,* for appellant. *J. H. Tuthill,* for respondents.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment of County Court reversed and that of justice affirmed, with costs.

---

CHARLES W. SATTERLY, RESPONDENT, v. THOMAS G. HALLOCK AND OTHERS, APPELLANTS.

*Contributory negligence.*

Defendants unlawfully removed the plaintiff's vessel, without his consent, from the dock at which she was lying, and left her lying in the stream on a log of wood which had some time before been thrown overboard by the plaintiff himself ; at low water the vessel settled on the log and sustained the damages to recover which this action was brought. *Held,* that the plaintiff was not guilty of contributory negligence in throwing the log overboard, and that he was entitled to recover.

APPEAL from a judgment of the County Court of Suffolk county in favor of the plaintiff, entered upon the verdict of a jury.

*R. Jennings,* for appellants. *Strong & Spear,* for respondent.

Opinion by TAPPEN, J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment affirmed, with costs.